# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 25, 2011

142277

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JOHNNIE DUANE GORDON,
       Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142277
COA: 291745
Saginaw CC: 07-029654-FC

      On order of the Court, the application for leave to appeal the October 28, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 25, 2011

p0418

Clerk